# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 14, 2006

128913

NORMA R. BIERLEIN, Next Friend of
SAMANTHA C. BIERLEIN, a Minor, and
KIRT BIERLEIN, Conservator for
SAMANTHA C. BIERLEIN, a minor,
        Plaintiffs-Appellants,

v

MARK SCHNEIDER and MARY SCHNEIDER,
        Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128913
COA: 259519
Saginaw CC: 96-013292-NI

On April 4, 2006, the Court heard oral argument on the application for leave to appeal the May 12, 2005 order of the Court of Appeals. The application for leave to appeal is again considered, and it is GRANTED. MCR 7.302(G)(1).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 14, 2006

p0411

_____
Clerk